

**Your Missouri Courts** — case.net

Search for Cases by: [Select Search Method...]

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff STEVENAHILLEN

**18SL-CC04693 - SANDRA WILLIAMS V EE-JAY MOTOR TRANSPORTS ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ⦿ Descending   ◯ Ascending    Display Options: [All Entries]

---

**01/24/2019**  ☐ **Summons Personally Served**
Document ID - 18-SMOS-1256; Served To - EE-JAY MOTOR TRANSPORTS INC; Server - ; Served Date - 24-JAN-19; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**01/23/2019**  ☐ **Memorandum Filed**
Memorandum; Return of Service.
  **Filed By:** MATTHEW J SAUTER
  **On Behalf Of:** SANDRA WILLIAMS

**12/14/2018**  ☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 18-SMOS-1257, for JEFFERREY, JOHN. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.
☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 18-SMOS-1256, for EE-JAY MOTOR TRANSPORTS INC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**12/13/2018**  ☐ **Filing Info Sheet eFiling**
  **Filed By:** MATTHEW J SAUTER
☐ **Pet Filed in Circuit Ct**
Petition for Damages.
  **On Behalf Of:** SANDRA WILLIAMS
☐ **Judge Assigned**
DIV 7

---

Case.net Version 5.14.0.6    Return to Top of Page    Released 12/31/2018

**EXHIBIT A**



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Tuesday January 08, 2019 at 3:27 pm

Richard Watson
Sheriff

## AFFIDAVIT OF SERVICE

Sheirff's Number: IC1900094
Case Number: 18SL-CC04693

Defendant: EE-JAY MOTOR TRANSPORT INC
Address: 1501 LINCOLN AVENUE
EAST SAINT LOUIS, ILLINOIS 62204

Filed Date: Unknown
Received Date: 01/08/2019

Plaintiff:

Electronically Filed - St Louis County - January 23, 2019 - 02:19 PM

### SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1. PERSONAL SERVICE: By leaving a copy of the summons and complaint with the named defendant personally.

___ 2. SUBSTITUTE SERVICE: By leaving a copy of the summons and complaint at the defendant''s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20____, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

X 3. SERVICE ON: CORPORATION:___ COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

X Writ Served On: Josh Hamiton    Sex: M  Race: H  Age: 37

Richard Watson, Sheriff, By: R-L Cir #743, Deputy.   Date of Service Jan 10, 2019

### THE NAMED DEFENDANT WAS NOT SERVED

Circle Reason: Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

Other Reason Not Served

| Attempted Service | |
|---|---|
| Date | Time |
| 1-10-19 | 10:12 (A.M.)/P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ____ DAY OF _____ 20___, ___:___ A.M./P.M.

Richard Watson , Sheriff, By: _____, Deputy.

658685

Electronically Filed - St Louis County - January 23, 2019 - 02:19 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>MARY ELIZABETH OTT | Case Number: 18SL-CC04693 |
|---|---|
| Plaintiff/Petitioner:<br>SANDRA WILLIAMS<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW J SAUTER<br>3415 HAMPTON AVENUE<br>ST. LOUIS, MO 63139 |
| Defendant/Respondent:<br>EE-JAY MOTOR TRANSPORTS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: EE-JAY MOTOR TRANSPORTS INC
Alias:
1501 LINCOLN AVENUE
EAST ST. LOUIS, IL 62204

**COURT SEAL OF**



**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

14-DEC-2018
Date
_____ Clerk
Further Information:
TLC

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy_ of _St. Clair_ County, _IL_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Josh Hamilton_ (name) _Manager_ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_Ramone Collins_                              _R. Collins #363_
Printed Name of Sheriff or Server             Signature of Sheriff or Server

Subscribed and Sworn To me before this _10th_ (day) _January_ (month) _2019_ (year).

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**"OFFICIAL SEAL"**
**FLORENE ANTHONY**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 28, 2022

**"OFFICIAL SEAL"**
**FLORENE ANTHONY**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 28, 2022

OSCA (7-04) SM60 *For Court Use Only*: Document ID# 18-SMOS-1256     1     (18SL-CC04693)     Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                506.500, 506.510 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>MARY ELIZABETH OTT | Case Number: 18SL-CC04693 |
|---|---|
| Plaintiff/Petitioner:<br>SANDRA WILLIAMS<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW J SAUTER<br>3415 HAMPTON AVENUE<br>ST. LOUIS, MO 63139 |
| Defendant/Respondent:<br>EE-JAY MOTOR TRANSPORTS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** JOHN JEFFERREY
Alias:

7986 BRICKYARD HILL
WORDEN, IL 62097



COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

14-DEC-2018
Date                                                                   _____
Further Information:                                                                    Clerk
TLC

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                       (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)
                                              _____
                                                    Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $_____ (_____ miles @ $_____ per mile) | |
| Total | $ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>MARY ELIZABETH OTT | Case Number: 18SL-CC04693 |
|---|---|
| Plaintiff/Petitioner:<br>SANDRA WILLIAMS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW J SAUTER<br>3415 HAMPTON AVENUE<br>ST. LOUIS, MO 63139 |
| Defendant/Respondent:<br>EE-JAY MOTOR TRANSPORTS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: EE-JAY MOTOR TRANSPORTS INC
Alias:
1501 LINCOLN AVENUE
EAST ST. LOUIS, IL  62204

COURT SEAL OF

ST. LOUIS COUNTY

   You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

14-DEC-2018
Date
Further Information:
TLC

_____
                                           Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Subscribed and Sworn** To me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths.  (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | (_____ miles @ $ _____ per mile) |
| Total | $ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

IN THE CIRCUIT COURT
TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY

| | |
|---|---|
| SANDRA WILLIAMS, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>EE-JAY MOTOR TRANSPORTS, INC., )<br>Serve:  1501 Lincoln Avenue )<br>         East St. Louis, IL 62204 )<br>  )<br>and )<br>  )<br>JOHN JEFFERREY, )<br>Serve:  7986 Brickyard Hill )<br>         Worden, IL 62097 )<br>  )<br>    Defendants. ) | Cause No.:<br><br>Division: |

**PETITION FOR DAMAGES**

COMES NOW Plaintiff, and for her Petition for Damages against Defendants, states as follows:

1. The accident which is the subject of this lawsuit occurred on August 27, 2018 on Interstate 70 at or near its intersection with Lucas & Hunt Road in St. Louis County, Missouri.

2. At said time and place, Plaintiff was eastbound on Highway 70 when Defendant Jefferrey came into her lane and hit her.

3. After the collision, Defendant Jefferrey continued to drive eastbound on Highway 70 until Plaintiff was able to catch up with Defendant Jefferrey in Illinois.

4. At all times mentioned herein, Defendant EE-Jay Motor Transports, Inc. was the owner of the tractor-trailer in which Defendant Jefferreys was driving.

5. Defendant Jefferreys is the agent, servant, and employee of Defendant EE-Jay

1

Motor Transports, Inc., and at all times herein, was acting in the course and scope of his employment and/or agency.

6. Defendant EE-Jay Transports, Inc. is a foreign corporation whose principal business is an interstate motor carrier for hire.

7. The accident was the direct and proximate result of the negligence and carelessness of Defendants in the following respects:

   (a) Defendants failed to signal an intention to move over;
   (b) Defendants failed to yield the right-of-way;
   (c) Defendants were driving at an excessive speed;
   (d) Defendants improperly attempted to pass Plaintiff;
   (e) Defendants made an improper lane change.

8. After the accident, Defendant Jefferrey attempted to flee the scene of the accident and escape identification.

9. As a direct and proximate result of the carelessness and negligence of Defendant, Plaintiff sustained injuries to her neck, back, and hip.

10. As a direct and proximate result of the carelessness and negligence of Defendant, Plaintiff has incurred medical expenses and may incur further medical expenses in the future because of such injuries.

11. As a direct and proximate result of the carelessness and negligence of Defendant, Plaintiff sustained a diminution of the fair market value of her vehicle and the loss of use of her vehicle.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount that is fair and reasonable in excess of $25,000; but not exceeding $75,000, for costs, for interest, and for such other and further relief as the court deems just and proper.

**SAUTER SULLIVAN LLC**

By:/s/Matthew J. Sauter
  Matthew J. Sauter, #40645
  Attorney for Plaintiff
  3415 Hampton Avenue
  St. Louis, MO 63139
  Telephone: (314) 768-6800
  Facsimile: (314) 781-2726
  E-mail: msauter@ss-law.net